UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD TIMOTHY DARDAR, JR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14635** |
| **SHERIFF JERRY J. LARPENTER, ET AL** | **SECTION "S" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Donald Timothy Dardar, Jr.'s § 1983 claims against Terrebonne Parish Criminal Justice Complex and Sheriff Jerry J. Larpenter are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE